# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
MINKOVSKI, MICHAEL P § Case No. 12-48253
MINKOVSKI, BEATE C §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg, Trustee_____
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1 - MICHAEL & BEATE MINKOVSKI**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-48253 DRC  Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | MINKOVSKI, MICHAEL P | Date Filed (f) or Converted (c): | 12/07/12 (f) |
| | MINKOVSKI, BEATE C | 341(a) Meeting Date: | 01/25/13 |
| For Period Ending: | 03/24/15 | Claims Bar Date: | 04/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking acct - Chase Bank | 950.00 | 0.00 | | 0.00 | FA |
| 2. savings acct - Chase Bank | 40.50 | 0.00 | | 0.00 | FA |
| 3. checking account - Chase Bank (bus) | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. checking acct - Harris Bank | 40.00 | 0.00 | | 0.00 | FA |
| 5. Security Deposit | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. wedding rings and jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 12 guage shotgun | 200.00 | 0.00 | | 0.00 | FA |
| 10. IBEW Pension | 0.00 | 0.00 | | 0.00 | FA |
| 11. IBEW Pension Plan #2 | 0.00 | 0.00 | | 0.00 | FA |
| 12. NEBF Pension | 0.00 | 0.00 | | 0.00 | FA |
| 13. Contact Electric stock | 0.00 | 0.00 | | 0.00 | FA |

# FORM 1 - MICHAEL & BEATE MINKOVSKI
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 2

Exhibit A

| Case No: | 12-48253   DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | MINKOVSKI, MICHAEL P | Date Filed (f) or Converted (c): | 12/07/12 (f) |
|  | MINKOVSKI, BEATE C | 341(a) Meeting Date: | 01/25/13 |
|  |  | Claims Bar Date: | 04/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 2010 Subaru Forester 2.5X | 11,466.00 | 0.00 |  | 0.00 | FA |
| 15. 2003 Ford E150 Econoline | 2,300.00 | 0.00 |  | 0.00 | FA |
| 16. tools and equipment | 500.00 | 0.00 |  | 0.00 | FA |
| 17. inheritance | 2,000.00 | 30,000.00 |  | 24,763.64 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $23,496.50    $30,000.00    $24,763.64    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 17, 2015: Subsequent to her appointment as successor trustee, Ms. Berg recovered inheritance proceeds from joint debtor's mother's probate estate. Trustee collected proceeds in the amount of approximately $24,000. Trustee has reviewed claim, prepared her Final Report and will disburse funds upon approval by the UST.

November 10, 2014: The Trustee is awaiting distribution of debtor's (wife) share of an inheritance from her mother's estate.

Initial Projected Date of Final Report (TFR): 03/15/15    Current Projected Date of Final Report (TFR): 03/15/15

/s/    Elizabeth C. Berg, Trustee
_____   Date: 03/24/15

**FORM 1 - MICHAEL & BEATE MINKOVSKI**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-48253   DRC   Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | MINKOVSKI, MICHAEL P | Date Filed (f) or Converted (c): | 12/07/12 (f) |
| | MINKOVSKI, BEATE C | 341(a) Meeting Date: | 01/25/13 |
| | | Claims Bar Date: | 04/23/14 |

ELIZABETH C. BERG, TRUSTEE

FORM 2 — MINKOVSKI, MICHAEL & BEATE MINKOVSKI

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-48253 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | MINKOVSKI, MICHAEL P | Bank Name: | Associated Bank |
| | MINKOVSKI, BEATE C | Account Number / CD #: | *******6594 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6297 | | |
| For Period Ending: | 03/24/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 12/02/14 | 17 | The Estate of Erika M. Hoernig<br>c/o Royal Bank of Canada<br>2381 Hastings Street<br>Vancouver, B.C. V5L 1V6 | Inheritance in $CAD - Erika M. Hoer | 1129-003 | 30,093.13 | | 30,093.13 |
| 12/04/14 | | Associated Bank | CONVERSION RATE SERVICE FEE | 2600-000 | | 3.00 | 30,090.13 |
| * 01/08/15 | 17 | The Estate of Erika M. Hoernig<br>c/o Royal Bank of Canada<br>2381 Hastings Street<br>Vancouver, B.C. V5L 1V6 | Inheritance - Erika M. Hoernig<br>The deposit was received from Canada and originally for $CAD 30,093.13. Entry reversed in order to re-enter in $ USD. | 1129-003 | -30,093.13 | | -3.00 |
| * 01/08/15 | | The Estate of Erika M. Hoernig<br>c/o Royal Bank of Canada<br>2381 Hastings Street<br>Vancouver, B.C. V5L 1V6 | Inheritance - Erika M. Hoernig<br>Deposit was reversed and reissued to reflect conversion rate in $ USD. ~JMM 1.8.15 | 1129-003 | 24,760.64 | | 24,757.64 |
| * 01/08/15 | | The Estate of Erika M. Hoernig<br>c/o Royal Bank of Canada<br>2381 Hastings Street<br>Vancouver, B.C. V5L 1V6 | Inheritance - Erika M. Hoernig<br>The U.S. dollar amount entered on the 1/8/15 deposit was $3.00 USD short due to the bank's conversion rate service fee on 12/4/15. The deposit was entered into the system as though the conversion rate service fee hadn't been debited from the account already. Transaction voided and will re-deposit with correct amount which should be $24,763.64. | 1129-003 | -24,760.64 | | -3.00 |
| 01/08/15 | 17 | The Estate of Erika M. Hoernig | Inheritance - Erika M. Hoernig | 1129-000 | 24,763.64 | | 24,760.64 |

Page Subtotals  24,763.64  3.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 18.04

FORM 2 MINKOVSKI, MICHAEL & BEATE MINKOVSKI Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-48253 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | MINKOVSKI, MICHAEL P | | Bank Name: | Associated Bank |
| | MINKOVSKI, BEATE C | | Account Number / CD #: | *******6594 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6297 | | | |
| For Period Ending: | 03/24/15 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Royal Bank of Canada<br>2381 Hastings Street<br>Vancouver, B.C. V5L 1V6 | Actual amount of deposit was $24,763.64. This deposit represents the actual amount of the check after the conversion rate. Deposit #2 was entered with the incorrect amount of the conversion rate. | | | | |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 34.68 | 24,725.96 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 36.76 | 24,689.20 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 33.15 | 24,656.05 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 24,763.64 | 107.59 | 24,656.05 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 24,763.64 | 107.59 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 24,763.64 | 107.59 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********6594 | 24,763.64 | 107.59 | 24,656.05 |
| | ------------- | ------------- | ------------- |
| | 24,763.64 | 107.59 | 24,656.05 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 104.59

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 18.04

| Page 1 | | EXH. C - MINKOVSKI<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 24, 2015 |

Case Number: 12-48253  
Debtor Name: MINKOVSKI, MICHAEL P  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $3,000.00 | $0.00 | $3,000.00 |
| 000001<br>070<br>7100-00 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Unsecured | | $203,224.19 | $0.00 | $203,224.19 |
| | Case Totals: | | | $206,224.19 | $0.00 | $206,224.19 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-48253
Case Name: MINKOVSKI, MICHAEL P
                MINKOVSKI, BEATE C
Trustee Name: Elizabeth C. Berg, Trustee

         Balance on hand                                      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ | $ | $ |

     Total to be paid for chapter 7 administrative expenses            $_____

     Remaining Balance                                                 $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

     Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PNC BANK | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE