UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 12-48253 |
| Michael & Beate Minkovski, | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | (Kane County) |
| Debtors. | ) | Hearing Date: May 8, 2015 |
| | ) | Hearing Time: 10:30 A.M. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:    Elizabeth C. Berg, Successor Trustee

Authorized to Provide
Professional Services to:    Estate

Date of Order Authorizing
Employment:    November 7, 2014

Period for Which
Compensation is sought:    November 10, 2014 to Close of Case

Amount of Fees sought:    $3,000.00

Amount of Expense
Reimbursement sought:    $ 0.00

This is an:    Interim Application __    Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00  .

Dated: April 14, 2015                    Elizabeth C. Berg, Succesor Trustee of the
                                         Estate of Michael & Beate Minkovski,
                                         Debtors

                                         By:   /s/ Elizabeth C. Berg, Successor Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-48253 |
| Michael & Beate Minkovski, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| Debtors. | ) | Hearing Date: May 8, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of
Final Compensation of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as successor trustee ("Trustee") of the estate ("Estate") of Michael and Beate Minkovski, debtors ("Debtors"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $3,000.00 as final compensation for her services rendered as successor trustee in this case from November 10, 2014 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. This case was commenced on December 7, 2012 by the filing of a voluntary petition for relief under chapter 7 of the Code.

2. Joseph Voiland was appointed as the chapter 7 trustee and served in said capacity until his resignation on November 7, 2014. Elizabeth C. Berg is the duly appointed, qualified and acting successor chapter 7 trustee in this case.

3. As of the commencement of this case, the estate held an interest in the joint debtors' share of her mother's inheritance.

4. The bar date for filing claims in this case was April 23, 2014.

## Prior Compensation

5.  This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6.  Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

## Services Rendered by Trustee

7.  Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the services rendered by Trustee from the date of appointment through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

   A.  Meeting with prior trustee to determine background and status of this case and to obtain the prior trustee's case files. Trustee also reviewed the reports of administration and records from the prior trustee to verify status of the administration of this case;

   B.  Trustee recovered the estate's share of an inheritance from the joint debtors' mother's estate;

   C.  Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

   D.  Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

   E.  Trustee examined, analyzed and verified proofs of claim filed against the Estate;

   F.  Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

2

### Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $24,763.64 on behalf of the Estate. Trustee has made $107.59 in disbursements in this case as of the date hereof.

9. Copies of the Successor Trustee's *Form I Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Successor's Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation Requested

10. During the period covered by this Application, Trustee has spent 11.40 hours rendering services on behalf of this Estate with a value of $3,083.50. Trustee estimates that she will spend an additional three (3) hours rendering services with a value of $675.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file her final account.

11. The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $3,226.36 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $19,763.64 | <u>$1,976.36</u> |
| Total allowable compensation | $ 3,226.36 |

12. Section 326(c) of the Code provides a limitation in the compensation awarded to trustees in cases when more than one person serves as trustee in the case such that the maximum compensation awarded to the trustees shall "not exceed the maximum compensation prescribed for a single trustee by subsection (a)... of this section."

13. Ms. Berg has conferred with Mr. Voiland regarding allowance and payment to him on account of professional services rendered as the prior chapter 7 trustee in this case. Mr. Voiland has specifically declined to seek allowance of an administrative claim for the trustee's commission and has advised Ms. Berg that he wishes the entire trustee commission to be awarded to his successor trustee. Mr. Voiland's resignation letter filed with the Court on November 7, 2014 [See Dkt. No. 34] contains an express waiver of any claims for compensation in this case.

14. Section 330 (7) provides that the reasonable fee allowed to trustees pursuant to the statutory percentages of section 326 shall be treated as a commission. For the reasons set forth herein, the Trustee requests allowance and payment of final compensation for her services rendered as trustee from the time of her appointment through the closing of this case in the amount of $3,000.00. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

15. After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds available to make a partial distribution to the general unsecured creditor.

16. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

17. Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Status of the Case

18. The Trustee and the prior trustee has liquidated or abandoned all of the assets belonging to this Estate and the Trustee has completed her review and analysis of the claims filed against the Estate.

19. Trustee has completed and filed her Final Report simultaneously herewith.

WHEREFORE, Elizabeth C. Berg, as successor trustee of the Estate of Michael and Beate Minkovski, debtors, requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $3,000.00 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from November 10, 2014 through the closing of this case ; and

B. Authorizing Trustee to pay the compensation awarded from the Estate funds held by Trustee as part of her final distribution in this case; and

C. For such other and further relief as this Court deems appropriate.

Dated:  March 24, 2015  				Elizabeth C. Berg, as successor trustee of the
							estate of Michael & Beate Minkovski, debtors

							By:___/s/ Elizabeth C. Berg, as trustee____
							       Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

5

**Trustee's Final Fee Application**     **Michael & Beate Minkovski, Debtors**
**Case No. 12-48253**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

Phone: (312) 726-8150
Fax:     (312) 470-6323

FEIN: 36-4352753

---

**Invoice submitted to:**

March 24, 2015
Invoice No:   02572

Elizabeth C. Berg, Trustee
Baldi Berg, Ltd.
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   Minkovski - Trustee Matters

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 11/10/2014 | ECB | TC's with J. Voiland and T. Springer to arrange for pickup of prior TR's files | 0.20 $325.00/hr | $65.00 |
| 11/12/2014 | ECB | Meet with former trustee J. Voiland to review files and discuss case status | 0.20 $325.00/hr | $65.00 |
| 12/02/2014 | ECB | TC received re: inheritance check being sent to our office, confer with staff re set up of bank accountant and EIN for case | 0.20 $325.00/hr | $65.00 |
| 12/02/2014 | JMM | Confer w/ Trustee re: check, reason for check, deposit issues (.1), Obtain EIN for bk estate (.1), Open new bank account in TCMS and with Associated Bank (.1) Deposit check with Associated Bank (.1), Send check to Associated via FedEx (.1) | 0.50 $175.00/hr | $87.50 |
| 12/09/2014 | JMM | TC to EPIQ re: Conversion Rate on Check and how to account for the change in check (.2), Reverse Deposit #1 and re-issue (.1), Reverse new deposit #2 due to error in amount of conversion rate (.1), Redeposit inheritance check to match correct amount in bank account (.2) | 0.60 $175.00/hr | $105.00 |

**Baldi Berg, Ltd**  3/24/2015

Minkovski - Trustee Matters                                                                  Page    2

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 1/19/2015 | ECB | Open and review December 2014 Bank Statement | 0.10<br>$325.00/ hr | $32.50 |
| 1/19/2015 | JMM | Process December 2014 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 1/26/2015 | RKP | Review case file for information regarding Estate tax requirements (.1); memo to Trustee re: same (.1); prepare documents as needed by accountant for tax return (.1) | 0.30<br>$195.00/ hr | $58.50 |
| 1/29/2015 | ECB | Update TR database re quarterly review | 0.20<br>$325.00/ hr | $65.00 |
| 2/06/2015 | JMM | Draft email to previous trustee re: status of case, request for TR Bill (.2) | 0.20<br>$175.00/ hr | $35.00 |
| 2/13/2015 | ECB | Open and review January '15 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 2/13/2015 | JMM | Process January 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 2/24/2015 | ECB | Correspondence to former TR regarding allowance of administrative claims | 0.20<br>$325.00/ hr | $65.00 |
| 2/24/2015 | JMM | Update Form 3 (.1), Consult w/ Trustee regarding claims (.2), bills and fee applications (.2) | 0.50<br>$175.00/ hr | $87.50 |
| 2/28/2015 | ECB | Confer with JMM and assign prep of Successor Trustee Report per Rule 2012, assign prep of Final Report package | 0.20<br>$325.00/ hr | $65.00 |
| 3/06/2015 | JMM | Review case file for information needed to prepare TFR and related documents (.8), Consult w/ TR re: questions regarding case (.2), Review claim and update system with information in order to prepare TFR and NFR (.4) | 1.40<br>$175.00/ hr | $245.00 |

**Baldi Berg, Ltd**                                                                                    3/24/2015

Minkovski - Trustee Matters                                                                       Page     3

---

| Date | Atty | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 3/06/2015 | JMM | Draft Trustee Fee Application (1.5), Prepare coversheet, proposed order, and affidavit (.3), Prepare TFR (1.0) and NFR (.4), Review and edit Trustee Final Report package (.5) | 3.70<br>$175.00/ hr | $647.50 |
| 3/09/2015 | ECB | Open and review Feb 2015 bank statement | 0.10<br>$325.00/ hr | $32.50 |
| 3/09/2015 | ECB | Review and approve claim filed in case (.2), Review Administrative claims (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 3/09/2015 | JMM | Process February 2015 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 3/09/2015 | JMM | Confer w TR re: Successor Trustee Report (.1), Draft Notice and Report of Successor Trustee Report (.5) | 0.60<br>$175.00/ hr | $105.00 |
| 3/13/2015 | ECB | Email to accountant to inquire re need to file 2014 return | 0.20<br>$325.00/ hr | $65.00 |
| 3/20/2015 | ECB | Review and revise TR final report package | 1.60<br>$325.00/ hr | $520.00 |
| 3/24/2015 | JMM | Final edits on TFR Package - Edit TFR re: Form 1 and notes regarding conversion rate on check and deposit of same, other edits (.8), Finalize Trustee Case Bill (.4), Edit TR Fee App w/ Trustee revisions (.8), Edit coversheet (.1), Prepare bank statements for transmittal to UST w/ TFR Package (.4) | 2.50<br>$175.00/ hr | $437.50 |

|  |  |
|---|---|
| Total Fees | $3,083.50 |
| Total New Charges | $3,083.50 |
| Previous Balance | $0.00 |
| Balance Due | $3,083.50 |

**Baldi Berg, Ltd**                                                      3/24/2015

Minkovski - Trustee Matters                                          Page    4

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 3.60 | $325.00 |
| Jason M Manola | 10.60 | $175.00 |
| Ricki K Podorovsky | 0.30 | $195.00 |
| | *14.50* | |

**Trustee's Final Fee Application**  **Michael & Beate Minkovski, Debtors**
**Case No. 12-48253**

# Rule 2016 Affidavit

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Michael & Beate Minkovski, | ) | Case No. 12-48253 |
| | ) | |
| Debtors. | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |

**Successor Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting successor trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the Application for Allowance and Payment of Final Compensation of Elizabeth C. Berg as successor trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the principals and associates of Baldi, Berg, Ltd., a law firm at which I was employed during the pendency of this case. I have not previously received payment of any compensation for services rendered incurred in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and sworn to before me
on March 24, 2015

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**