# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
MINKOVSKI, MICHAEL P § Case No. 12-48253
MINKOVSKI, BEATE C §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m.
on May 8, 2015
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Jeffrey P. Allsteadt_____


*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MINKOVSKI, MICHAEL P § Case No. 12-48253
MINKOVSKI, BEATE C §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 24,763.64 |
| and approved disbursements of | $ | 107.59 |
| leaving a balance on hand of[1] | $ | 24,656.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 3,000.00 | $ 0.00 | $ 3,000.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,000.00 |
| Remaining Balance | $ | 21,656.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 203,224.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PNC BANK | $ 203,224.19 | $ 0.00 | $ 21,656.05 |
| | Total to be paid to timely general unsecured creditors | | $ | 21,656.05 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Elizabeth C. Berg

*Elizabeth C. Berg, Trustee*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-48253-DRC
Michael P Minkovski                                             Chapter 7
Beate C Minkovski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet          Page 1 of 2          Date Rcvd: Apr 14, 2015
                              Form ID: pdf006          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2015.
db/jdb         +Michael P Minkovski,    Beate C Minkovski,    210 Liberty Street,    West Dundee, IL 60118-2232
19787820       +American Express,    c/o Becket and Lee,    P.O. Box 3001,    Malvern, PA 19355-0701
19787821       +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
19787824      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
19787827       +Bank of America,    Corporate Headquarters,    100 N. Tyron St.,    Charlotte, NC 28255-0001
19787825       +Bank of America,    201 N. Tyron St.,    Charlotte, NC 28255-0001
19787826        Bank of America,    101 S. Tyron St. Ste 1000,    Charlotte, NC 28280-0010
19787828       +Bank of America N.A.,    NC4-105-03-14,    P.O. Box 26012,    Greensboro, NC 27420-6012
19787829        Centegra Health System,    P.O. Box 1990,    Woodstock, IL 60098-1990
19787832       +Chase,   200 White Clay Center Drive,    Newark, DE 19711-5466
19787830       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
19787831       +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
19787833        Chase Card Services,    Attn: Bankruptcy Department,    P.O. Box 15298,
                Wilmington, DE 19850-5298
19787834       +Chase-pier1,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
19787835       +Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
19787836       +Codilis and Associates, P.C.,    15W030 North Frontage Road,    Suite 100,
                Burr Ridge, IL 60527-6921
19787837       +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
19787838       +Etrade,    6750 Miller Rd.,    Brecksville, OH 44141-3262
19787843       +Harris N.a.,    Bmo-Harris Bank/Attn: Legal Service,    1100 W. Monroe 421 E,
                Chicago, IL 60607-2496
21699526       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
19787847        PNC Bank,    P.O. Box 856177,    Louisville, KY 40285-6177
19787848       +PNC Bank,    6750 Miller Road.,    Brecksville, OH 44141-3239
19787849       +PNC Bank, National Association,    1900 East Ninth Street,    Cleveland, OH 44114-3484
19787850       +PNC Mortgage,    3232 Newmark Drive Building 8,    Miamisburg, OH 45342-5433
19787852      #+PNC Mortgage,    3100 Governors Place Blvd. Suite 20,    Kettering, OH 45409-1336
19787851       +PNC Mortgage,    333 N. Limestone St. Suite 202,    Springfield, OH 45503-4250
19787846       +Pier 1/NB/Chase,    Chase Card Services/Attention: Bankruptc,    Po Box 15298,
                Wilmington, DE 19850-5298
19787855       +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
19787856       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
19787858      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                Frederick, MD 21701)
19787857       +Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
19787859       +Wells Fargo Home Mortgage,    5620 Brooklyn Boulevard,    Minneapolis, MN 55429-3056
19787860       +Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19787822       +E-mail/Text: ebn@amsher.com Apr 15 2015 01:14:49     Amsher Collection Serv,
                600 Beacon Pkwy W Ste 30,    Birmingham, AL 35209-3114
19787839       +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2015 01:24:21      Gecrb/care Credit,
                Po Box 981439,    El Paso, TX 79998-1439
19787840       +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2015 01:24:45      Gecrb/lord & Tay,    Po Box 965015,
                Orlando, FL 32896-5015
19787841       +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2015 01:25:02      Gecrb/shaw,    C/o Po Box 965036,
                Orlando, FL 32896-0001
19787842       +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2015 01:25:02      Gemb/care Credit,
                Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
19787844       +E-mail/Text: cio.bncmail@irs.gov Apr 15 2015 01:12:48     Internal Revenue Service [official],
                PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19787823         Angela Gloria
19787845         Nbgl-carsons
19787853      ##+PNC Mortgage,    1855 Towne Park Drive Suite A,    Troy, OH 45373-8357
19787854      ##+Provident Ba,    Po Box 1844,    Cincinnati, OH 45201-1844
                                                                                   TOTALS: 2, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: adragonet              Page 2 of 2                   Date Rcvd: Apr 14, 2015
                              Form ID: pdf006              Total Noticed: 39
```

```
          ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2015 at the address(es) listed below:
          Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rick L Rogers    on behalf of Joint Debtor Beate C Minkovski Bankruptcy@therogerslawgroup.com,
           ECFnotices@therogerslawgroup.com
          Rick L Rogers    on behalf of Debtor Michael P Minkovski Bankruptcy@therogerslawgroup.com,
           ECFnotices@therogerslawgroup.com
                                                                                             TOTAL: 4
```