UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re:                                      §
                                            §
MINKOVSKI, MICHAEL P                        §    Case No. 12-48253
MINKOVSKI, BEATE C                          §
                                            §
         Debtor(s)                          §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 10,366.00 *(Without deducting any secured claims)* | Assets Exempt: 12,600.00 |
| Total Distributions to Claimants: 21,656.05 | Claims Discharged Without Payment: 276,112.14 |
| Total Expenses of Administration: 3,107.59 | |

3) Total gross receipts of $ 24,763.64 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 24,763.64 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 15,398.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,107.59 | 3,107.59 | 3,107.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,600.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 296,168.00 | 203,224.19 | 203,224.19 | 21,656.05 |
| **TOTAL DISBURSEMENTS** | $ 313,166.00 | $ 206,331.78 | $ 206,331.78 | $ 24,763.64 |

4) This case was originally filed under chapter 7 on 12/07/2012 . The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/29/2015          By: /s/Elizabeth C. Berg, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| inheritance | 1129-000 | 24,763.64 |
| **TOTAL GROSS RECEIPTS** | | **$24,763.64** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N.a. Bmo-Harris Bank/Attn: Legal Service 1100 W. Monroe 421 E Chicago, IL 60603 | | 15,398.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 15,398.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | 2100-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| Associated Bank | 2600-000 | NA | 107.59 | 107.59 | 107.59 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,107.59 | $ 3,107.59 | $ 3,107.59 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service [official] PO Box 7346 Philadelphia, PA 19114 | | 1,600.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,600.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Dsnb 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Amsher Collection Serv 600 Beacon Pkwy W Ste 30 Birmingham, AL 35209 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Centegra Health System P.O. Box 1990 Woodstock, IL 60098-1990 | | 1,036.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 11,748.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Po Box 901039 Fort Worth, TX 76101 | | 0.00 | NA | NA | 0.00 |
| | Chase-pier1 Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Citifinancial 300 Saint Paul Pl Baltimore, MD 21202 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Codilis and Associates, P.C. 15W030 North Frontage Road Suite 100 Burr Ridge, IL 60527 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Dsnb Macys 9111 Duke Blvd Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | E*trade 6750 Miller Rd. Brecksville, OH 44141 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/care Credit Po Box 981439 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/lord & Tay Po Box 965015 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/shaw C/o Po Box 965036 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gemb/care Credit Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Nbgl-carsons | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pier 1/NB/Chase Chase Card Services/Attention: Bankruptc Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Provident Ba Po Box 1844 Cincinnati, OH 45274 | | 0.00 | NA | NA | 0.00 |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 160.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Card Ser 1 Home Campus 3rd Floor Des Moines, IA 50328 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 80,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wellsfargo 800 Walnut St Des Moines, IA 50309 | | 0.00 | NA | NA | 0.00 |
| 000001 | PNC BANK | 7100-000 | 203,224.00 | 203,224.19 | 203,224.19 | 21,656.05 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 296,168.00 | $ 203,224.19 | $ 203,224.19 | $ 21,656.05 |

**FORM 1 - MICHAEL & BEATE MINKOVSKI**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 12-48253 DRC   Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | MINKOVSKI, MICHAEL P | | Date Filed (f) or Converted (c): | 12/07/12 (f) |
| | MINKOVSKI, BEATE C | | 341(a) Meeting Date: | 01/25/13 |
| For Period Ending: | 07/29/15 | | Claims Bar Date: | 04/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking acct - Chase Bank | 950.00 | 0.00 | | 0.00 | FA |
| 2. savings acct - Chase Bank | 40.50 | 0.00 | | 0.00 | FA |
| 3. checking account - Chase Bank (bus) | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. checking acct - Harris Bank | 40.00 | 0.00 | | 0.00 | FA |
| 5. Security Deposit | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8. wedding rings and jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 12 guage shotgun | 200.00 | 0.00 | | 0.00 | FA |
| 10. IBEW Pension | 0.00 | 0.00 | | 0.00 | FA |
| 11. IBEW Pension Plan #2 | 0.00 | 0.00 | | 0.00 | FA |
| 12. NEBF Pension | 0.00 | 0.00 | | 0.00 | FA |
| 13. Contact Electric stock | 0.00 | 0.00 | | 0.00 | FA |

FORM 1 - MICHAEL & BEATE MINKOVSKI
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| Case No: | 12-48253 | DRC | Judge: DONALD R. CASSLING |
|---|---|---|---|
| Case Name: | MINKOVSKI, MICHAEL P | | |
| | MINKOVSKI, BEATE C | | |

| Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 12/07/12 (f) |
| 341(a) Meeting Date: | 01/25/13 |
| Claims Bar Date: | 04/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 2010 Subaru Forester 2.5X | 11,466.00 | 0.00 | | 0.00 | FA |
| 15. 2003 Ford E150 Econoline | 2,300.00 | 0.00 | | 0.00 | FA |
| 16. tools and equipment | 500.00 | 0.00 | | 0.00 | FA |
| 17. inheritance | 2,000.00 | 30,000.00 | | 24,763.64 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $23,496.50 | $30,000.00 | | $24,763.64 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 28, 2015: Trustee's Final Report was approved and she disbursed all funds on hand. Trustee in the process of preparing her Distribution Report and the case will close shortly thereafter.

March 17, 2015: Subsequent to her appointment as successor trustee, Ms. Berg recovered inheritance proceeds from joint debtor's mother's probate estate. Trustee collected proceeds in the amount of approximately $24,000. Trustee has reviewed claim, prepared her Final Report and will disburse funds upon approval by the UST.

November 10, 2014: The Trustee is awaiting distribution of debtor's (wife) share of an inheritance from her mother's estate.

Initial Projected Date of Final Report (TFR): 03/15/15    Current Projected Date of Final Report (TFR): 03/15/15

LFORM1    Ver: 18.05

FORM 1 - MICHAEL & BEATE MINKOVSKI
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No: | 12-48253   DRC   Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg, Trustee |
| Case Name: | MINKOVSKI, MICHAEL P | | Date Filed (f) or Converted (c): | 12/07/12 (f) |
| | MINKOVSKI, BEATE C | | 341(a) Meeting Date: | 01/25/13 |
| | | | Claims Bar Date: | 04/23/14 |

/s/     Elizabeth C. Berg, Trustee
_____ Date: 07/29/15
  ELIZABETH C. BERG, TRUSTEE

FORM 2 — MICHAEL & BEATE MINKOVSKI

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-48253 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | MINKOVSKI, MICHAEL P | Bank Name: | Associated Bank |
| | MINKOVSKI, BEATE C | Account Number / CD #: | *******6594 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6297 | | |
| For Period Ending: | 07/29/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| * 12/02/14 | 17 | The Estate of Erika M. Hoernig<br>c/o Royal Bank of Canada<br>2381 Hastings Street<br>Vancouver, B.C. V5L 1V6 | Inheritance in $CAD - Erika M. Hoer | 1129-003 | 30,093.13 | | 30,093.13 |
| 12/04/14 | | Associated Bank | CONVERSION RATE SERVICE FEE | 2600-000 | | 3.00 | 30,090.13 |
| * 01/08/15 | 17 | The Estate of Erika M. Hoernig<br>c/o Royal Bank of Canada<br>2381 Hastings Street<br>Vancouver, B.C. V5L 1V6 | Inheritance - Erika M. Hoernig<br>The deposit was received from Canada and originally for $CAD 30,093.13. Entry reversed in order to re-enter in $ USD. | 1129-003 | -30,093.13 | | -3.00 |
| * 01/08/15 | | The Estate of Erika M. Hoernig<br>c/o Royal Bank of Canada<br>2381 Hastings Street<br>Vancouver, B.C. V5L 1V6 | Inheritance - Erika M. Hoernig<br>Deposit was reversed and reissued to reflect conversion rate in $ USD. ~JMM 1.8.15 | 1129-003 | 24,760.64 | | 24,757.64 |
| * 01/08/15 | | The Estate of Erika M. Hoernig<br>c/o Royal Bank of Canada<br>2381 Hastings Street<br>Vancouver, B.C. V5L 1V6 | Inheritance - Erika M. Hoernig<br>The U.S. dollar amount entered on the 1/8/15 deposit was $3.00 USD short due to the bank's conversion rate service fee on 12/4/15. The deposit was entered into the system as though the conversion rate service fee hadn't been debited from the account already. Transaction voided and will re-deposit with correct amount which should be $24,763.64. | 1129-003 | -24,760.64 | | -3.00 |
| 01/08/15 | 17 | The Estate of Erika M. Hoernig | Inheritance - Erika M. Hoernig | 1129-000 | 24,763.64 | | 24,760.64 |
| | | | Page Subtotals | | 24,763.64 | 3.00 | |

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2                                                                                     Page: 2
**MICHAEL & BEATE MINKOVSKI**                                                              Exhibit 9
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-48253 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | MINKOVSKI, MICHAEL P | Bank Name: | Associated Bank |
| | MINKOVSKI, BEATE C | Account Number / CD #: | *******6594 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6297 | | |
| For Period Ending: | 07/29/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Royal Bank of Canada<br>2381 Hastings Street<br>Vancouver, B.C. V5L 1V6 | Actual amount of deposit was $24,763.64. This deposit represents the actual amount of the check after the conversion rate. Deposit #2 was entered with the incorrect amount of the conversion rate. | | | | |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 34.68 | 24,725.96 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 36.76 | 24,689.20 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 33.15 | 24,656.05 |
| 05/13/15 | 001001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Compensation | 2100-000 | | 3,000.00 | 21,656.05 |
| 05/13/15 | 001002 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Claim 000001, Payment 10.66% | 7100-000 | | 21,656.05 | 0.00 |

Page Subtotals         0.00         24,760.64

Ver: 18.05

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2 — MICHAEL & BEATE MINKOVSKI

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| | |
|---|---|
| Case No: | 12-48253 -DRC |
| Case Name: | MINKOVSKI, MICHAEL P |
| | MINKOVSKI, BEATE C |
| Taxpayer ID No: | *******6297 |
| For Period Ending: | 07/29/15 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6594 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 24,763.64 | 24,763.64 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 24,763.64 | 24,763.64 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 24,763.64 | 24,763.64 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account (Non-Interest Earn - ********6594 | | 24,763.64 | 24,763.64 | 0.00 |
| | | | | | ------------------- | ------------------- | ------------------- |
| | | | | | 24,763.64 | 24,763.64 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*